FILED
3rd JUDICIAL DISTRICT COURT
Dona Ana County
11/11/2020 4:37 PM
DAVID S. BORUNDA
CLERK OF THE COURT
Josephina Gomez

STATE OF NEW MEXICO
THIRD JUDICIAL DISTRICT COURT
DONA ANA COUNTY, NEW MEXICO

| | | |
|---|---|---|
| ADRIAN EDGAR ALVARADO, | § | |
| | § | |
| | § | |
| PLAINTIFF, | § | |
| | § | |
| vs. | § | CAUSE NO.: D-307-CV-2020-02386 _____ |
| | § | |
| COUNTRYCREST PROPERTIES AND | § | Arrieta, Manuel I. |
| PINNACLE MANAGEMENT GROUP, LLC, | § | |
| | § | |
| DEFENDANTS. | § | |

### PLAINTIFF'S ORIGINAL COMPLAINT

TO THE HONORABLE JUDGE OF THIS COURT:

COMES NOW, ADRIAN EDGAR ALVARADO, Plaintiff, by and through his attorneys of record John P. Valdez and Roger C. Davie and John Valdez of Davie & Valdez, P.C., and James Kennedy of James Kennedy PLLC and files this, Plaintiff's Original Complaint, and for cause of action would show the Court as follows:

### PARTIES

1. Plaintiff resides in Deming, New Mexico.

2. Defendant Country Crest Properties ("Country Crest") is a limited liability company that was organized under the laws of the State of New Mexico and is a citizen of the State of New Mexico. Defendant's principal office is located in the State of New Mexico and its owners are citizens of the State of New Mexico. Said Defendant may be served with process by serving its

Exhibit A

organizer, Alan M. Chastine, 1804 Wyoming, Las Cruces, NM 88001.

3.      Defendant Pinnacle Management Group, LLC is a limited liability company that was organized under the laws of the State of New Mexico and is a citizen of the State of New Mexico. Defendant's principal office is located in the State of New Mexico and its owners are citizens of the State of New Mexico. Said Defendant may be served with process by serving its registered agent, Alan M. Chastine, 1804 Wyoming, Las Cruces, NM 88001. Pinnacle was the management company for Country Crest Properties.

## JURISDICTION AND VENUE

4.      The acts and omissions complained about occurred in Las Cruces, New Mexico, and therefore, the venue is proper in this court.

## FACTS

5.      Plaintiff's was a tenant of Defendant.

6.      On or about February 13, 2019, Plaintiff was injured on Property that was owned, operated by or managed by Defendants' premises, Las Quintas Apartments, located at 1555 South Telshor Blvd., Las Cruces, NM 88011. Plaintiff resided in apartment F6, on the 1st floor. On the night of February 13, 2019, Plaintiff was returning home from work at approximately 9:30 PM. Plaintiff parked his car in the parking lot on a spot that was right in front of his apartment window. The parking lot was dark as the lights in the parking lot were not working at the time. The apartment complex had been doing construction work around the property and were not being careful with cleaning up the construction debris. As Plaintiff stepped out of his vehicle, his feet became entangled on some of the debris and he fell forward landing on his left elbow. Plaintiff did not see the debris because the parking lot was not lit.

7.  Defendants failed to clean the premises or make their contractor clean the premises. In addition, the premises were too dark for residents to safely walk. Also, the roofer failed to keep the area clean causing serious injury.

8.  As a result of this, Plaintiff was injured and suffered damages as noted more fully below. The proximate cause of Plaintiff's injuries was Defendants' negligent acts and omissions as described below.

### COUNT I - NEGLIGENCE

9.  Defendants were negligent in ways including, but not limited to, the following:

    a. Failing to exercise the reasonable care in the discharge of their property management duties;

    b. Failing to correct conditions on the premises that posed an unreasonable risk of harm which resulted in Plaintiff's injuries.

    c. Failing to use ordinary care to ensure that the premises did not present a danger to Plaintiff.

    d. Failure to maintain sufficient lighting in the parking area

    e. Failure to make sure the parking area was clear and clean and not obstructed.

    d. Other acts of negligence to be determined throughout the course of discovery.

### COUNT I - BREACH OF CONTRACT

10. Plaintiff entered into a contract with Country Crest Properties wherein Country Crest Properties agreed "to keep the Property and the common areas in a safe condition" (Section 12 of of the Lease Agreement). Country Club (and its Property Management Company Pinnacle) failed to comply with this agreement because they failed to keep the common areas safe as

described above.

## DAMAGES

11. As a result of the wrongful acts of Defendants as described above, Plaintiff has suffered and continues to suffer from the following:

 a. Physical pain and suffering, past and future;

 b. Physical impairment and disfigurement, past and future;

 c. Mental anguish, past and future;

 d. Lost wages and loss of wage earning capacity, past and future;

 e. Attorneys' fees

 f. Medical expenses in the past and future; and

 g. Other damages;

12. The actions of Defendant were of the type and kind that should result in an award of punitive damages against Defendant.

13. Plaintiff is entitled to an award of attorney fees.

14. Plaintiff seeks monetary relief within the jurisdictional limits of this court.

## JURY DEMAND

15. Plaintiff demands a jury trial of SIX persons.

## PRAYER

16. WHEREFORE, PREMISES CONSIDERED, Plaintiff respectfully requests that Defendants be cited to appear and answer and that on final trial judgment be entered against Defendants for all relief requested, as follows:

a. Judgment against Defendants for actual damages in an amount that is within the jurisdictional limits of this Court;

b. Pre and post-judgment interest, as described by law, until paid;

c. Costs of suit;

d. Attorney fees;

e. Punitive damages; and

f. Such other and further relief, general and special, at law or at equity, to which Plaintiff may be justly entitled.

Respectfully submitted,

DAVIE & VALDEZ P.C.
1801 N. Stanton
El Paso, Texas 79902
(915) 838-1100

By: *Roger C. Davie*

ROGER C. DAVIE
State Bar No.: 3754
roger@davievaldez.com
JOHN P. VALDEZ
State Bar No.: 3754
roger@davievaldez.com

JAMES KENNEDY, PLLC
6216 Gateway Blvd. East
El Paso, Texas 79905
(915) 544-5200

JAMES B. KENNEDY, JR.
State Bar No.: 8280
james@kennedyworksforyou.com