STATE OF NEW MEXICO
COUNTY OF DONA ANA
THIRD JUDICIAL DISTRICT COURT

FILED
3rd JUDICIAL DISTRICT COURT
Dona Ana County
11/12/2020 3:06 PM
DAVID S. BORUNDA
CLERK OF THE COURT
Josephina Gomez

ADRIAN EDGAR ALVARADO,

                              Plaintiff,

V.                                                      CaseNo. CV      2020-2386

                                                        Judge

COUNTRYCREST PROPERTIES, ET AL                          **Manuel I. Arrieta**
                              Defendant.

## ORDER REQUIRING SCHEDULING REPORTS, A DISCOVERY PLAN, EXPERT WITNESS DISCLOSURE, AND LIMITING STIPULATIONS TO ENLARGE TIME FOR RESPONSIVE PLEADINGS

IT IS SO ORDERED:

A.    Plaintiff shall serve a copy of this order on each defendant with the summons and complaint and file a certificate of such service. Parties other than plaintiffs who assert claims against others who have not been served with this order shall serve a copy of this order on those against whom they assert claims with the pleading asserting such claims and shall file a certificate of such service.

B.    Within sixty (60) calendar days after the initial pleading is filed, parties of record shall file a scheduling report with copies to opposing parties and the assigned judge. Parties shall confer and are encouraged to file a Joint Scheduling Report, LR3-Form 2.12 NMRA for Track A or LR3-Form 2.13 for Tracks Band C, or, if they cannot agree, file an individual Scheduling Report, LR3-Form 2.13 NMRA. *See* copies of forms attached hereto.

C.    Any party who enters an appearance in the case more than sixty (60) calendar days after the filing of the initial pleading shall file a scheduling report within ten (10) business days and deliver a copy to the assigned judge.

# Exhibit C

D.    If all parties are not of record within sixty (60) calendar days of the filing of the initial pleading, the party making claims against the absent parties *(Plaintiff for Defendants, Third-Party Plaintiffs for Third-Party Defendants, etc.)* shall, within five (5) business days after the sixtieth (60th) day, file and serve parties of record and deliver to the assigned judge, a written explanation why the case is not at issue and how much time is needed before the case will be at issue. The notice shall be titled "Delay in Putting the Matter at Issue."

E.    Counsel or parties who do not have attorneys may not stipulate to an enlargement of time greater than fourteen (14) calendar days for the filing of a responsive pleading without a motion and order. The motion shall state with particularity the reason(s) an enlargement is in the best interests of the parties. A copy of the motion and stipulation shall be delivered to all parties as well as counsel. The enlargement requested shall be for a specified time.

F.    When all parties have been joined and the case is at issue, the parties shall immediately notify in writing the assigned judge and the alternative dispute resolution coordinator.

G.    If appropriate, the court will refer this matter to settlement facilitation under Part VI of the Local Rules of the Third Judicial District Court.

H.    Within seventy-five (75) calendar days from the date the initial pleading is filed, or fifteen (15) calendar days after the parties alert the Court that the case is at issue, the parties shall either:

(I)    stipulate to a discovery plan and file the stipulation with the court, or

(2)    request a hearing to establish a discovery plan pursuant to Paragraph F of Rule 1-026 NMRA.

(3)    In the absence of a stipulated discovery plan or a timely request from a party for a hearing to establish a discovery plan, the following plan shall go into effect:

Within one hundred (I 00) calendar days after the initial pleading was filed or fifteen (15) calendar days after a party has entered the suit, whichever is the later date, each party shall provide to all other parties:

a.    The name and, if known, the address and telephone number of each individual likely to have discoverable information relevant to disputed issues raised by the pleadings, identifying the subjects of the information;

      b.       A copy of, or a description by category and location of, all documents, data compilations, and tangible things in the possession, custody, or control of the party that are relevant to disputed issues raised by the pleadings;

      c.       A computation of any category of damages claimed by the disclosing party, providing copies or making available for inspection and copying the documents or other evidentiary materials and medical records and opinions, not privileged or protected from disclosure, on which such computation is based, including materials bearing on the nature and extent of injuries suffered;

      d.       For inspection and copying, any insurance agreement under which any person carrying on an insurance business may be liable to satisfy part or all of a judgment which may be entered in the action or to indemnify or reimburse for payments made to satisfy the judgment;

      e.       If the medical condition of a party is at issue, such party shall give a medical release authorization to opposing parties. The parties shall confer regarding the nature and extent of the release and stipulate, if possible. If the parties cannot agree, each party shall file a memorandum with a proposed medical release authorization advocating that party's proposed form to the court. A copy of the memorandum and proposed form shall be delivered to the assigned judge. Rule 1-007.1 NIMRA shall apply.

I.      Pursuant to Rule l-026(E) NMRA, parties shall reasonably supplement discovery required in Subparagraphs (3)(a) through (e) of Paragraph H of this Order.

J.      Intent to Call Expert Witness - Disclosure. All parties shall exchange a "Notice of Intent to Call Expert Witness(es)" listing the names, addresses and phone numbers for all anticipated experts, including a brief summary of the subject matter of each witness' testimony. If an expert has not yet been identified by a party, the parties must list the specialized area(s) in which an expert is anticipated to be retained and a brief summary of the areas or issues on which the expert is expected to testify.

With respect to each expert listed, all parties are to observe their continuing duty to timely supplement discovery and shall further abide by the requirements of Section 8 of the attachment to the Rule 16(B) Scheduling Order.

_____
DISTRICT COURT JUDGE


Delivered to Plaintiff on Nov. 12, 2020


David S. Borunda
Clerk of the District Court



_____
Josie A. Gomez - deputy

LR3-Form 2.12

Supreme Court Approved<br>August 6, 2004

STATE OF NEW MEXICO
COUNTY OF DONA ANA
THIRDJUDICIAL DISTRICT COURT

Plaintiff

vs.

NO.: D-307-CV<br>Judge:

Defendant

## JOINT SCHEDULING REPORT STIPULATING TO TRACK A

Come now all the parties to this case, (by their counsel of record) and stipulate as follows:

1   The court has subject matter and personal jurisdiction, and venue is proper.

2   This case is appropriate for assignment to Track A

3   The parties do not intend to amend the pleadings or file dispositive motions

4   All parties will be ready for trial *by_____(no more than six (6) months from filing of complaint)*

5   Witness lists will be exchanged and filed forty-five (45) days before trial

6   Discovery limited to interrogatories, requests for production and admission and no more than two (2) depositions per party.

7   All parties and counsel will either (a) select a facilitator by agreement of the parties, or (b) request the court's ADR coordinator to select a facilitator and will engage in a settlement conference within ninety (90) days from the date of the filing of the complaint. The parties may move for enlargement of time for the settlement conference for good cause shown The parties shall share the facilitator's fee, if any, equally.

8.  Exhibits: exchanged at least fifteen (15) days before trial.

    This G ury___    6 ___    12 nonjury ___    ) matter will take_____hours to try.

9.  Conflicting court hearings (or other conflicts which show good cause for not setting trial)

    for two (2) months following the date the matter is ready for trial:

    _____

    _____

10. Other: _____


SUBMITTED BY:

Name of party:        _____
Attorney:             _____
Address:              _____
                      _____
Telephone Number      _____


Name of party:        _____
Attorney:             _____
Address:              _____
                      _____
Telephone Number      _____


## CERTIFICATE OF MAILING

I HEREBY CERTIFY that I mailed, delivered or faxed a copy to the assigned judge and each party or each party's attorney on the___   day of _____,20 ___   _

                      _____
                      Signature

LR3-Form 2.13. (_____'s) Goint) scheduling report.

STATE OF NEW MEXICO
COUNTY OF DONA ANA
THIRD JUDICIAL DISTRICT COURT

                 , Plaintiff

vs.

                                 NO.: D-307-CV
                                 Judge:
                , Defendant

(_____'S) (JOINT) SCHEDULING REPORT

1 . This case should be assigned to Track_____

2 . Jurisdiction and Venue:_____Stipulated;_____Disputed;
     Why:_____

3              NonJury;         6-personjury;_____12-person jury.

4 . Significant legal issues, if any:  _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _
_____

5.  Trial witnesses presently known (defendant's, plaintiffs, etc.):  _____
    State expert type: _____

6 . Settlement

       _____[I] [We] have sufficient information to evaluate the case. ·

       _____[I] [WeJhave provided sufficient information for opposing parties to evaluate the case.

       _____ [I][We] need the following information from_____to evaluate the case:  _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _
_____

      _____  [I] [We] need the following discovery to obtain information sufficient to evaluate the case:
                                       Explain why such information cannot be obtained informally without formal discovery: _____

       _____[I] [We] have scheduled a settlement conference on _____,20___ _
with_____(facilitator) or have requested the court's ADR coordinator to refer to facilitation.

                                  Or

      _____  [I] [We] request that this not be referred to facilitation because:
_____

The possibility of settlement is _ _ good._____fair,_____poor.

· 7. Discovery:

[I] [We] estimate it will take_____months to complete discovery. *(Attach discovery plan if stipulated, or request for setting a discovery conference if wanted)* If any party requests a discovery conference, answer the following:

The party submitting this scheduling report intends to do the following discovery:

_____

*(If this is a joint scheduling report, each party shall answer this question.)*

[Plaintiff] [Defendant] intends to do the following discovery:

_____

_____

8. [I] [We] estimate that trial will take     court days to try-

9. Dates counsel will not be available for trial due to the following conflicting court settings *(beginning with the date immediately following the time you estimate discovery will be completed).*_____

10. Stipulations: _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _

1 l. Other:

_____

SUBMITTED BY:

Name of party:        _____

Attorney:             _____

Address:              _____

                      _____

Telephone  Number     _____

Name of party:        _____

Attorney:             _____

Address:              _____

                      _____

Telephone  Number     _____

### CERTIFICATE  OF MAILING

I HEREBY CERTIFY that I mailed, delivered or faxed a copy to the assigned judge and each party or each party's attorney on the___    day of_____20_____    _

_____

Signature

FILED
3rd JUDICIAL DISTRICT COURT
Dona Ana County
12/1/2020 10:42 AM
DAVID S. BORUNDA
CLERK OF THE COURT
Gloria Lerma

STATE OF NEW MEXICO
THIRD JUDICIAL DISTRICT COURT
DONA ANA COUNTY, NEW MEXICO

| | | |
|---|---|---|
| ADRIAN EDGAR ALVARADO, | § | |
| PLAINTIFF, | § § | |
| VS. | § § | CAUSE NO.: D-307-CV-2020-02386 |
| COUNTRYCREST PROPERTIES AND, PINNACLE MANAGEMENT GROUP, LLC, | § § § § | Arrieta, Manuel I. |
| DEFENDANTS. | § § | |

## SUMMONS
### STATE OF NEW MEXICO

Third Judicial District Court of Dona Ana County, New Mexico
201 W. Picacho Ave., Las Cruces, NM 88005
(575) 437-7310

To: **COUNTRYCREST PROPERTIES**, through its organizer, Alan M. Chastine, 1804 Wyoming, Las Cruces, NM 88001.

**GREETINGS:**

**TO THE ABOVE NAMED DEFENDANT(S):** Take notice that:

1. A lawsuit has been filed against you. A copy of the lawsuit is attached. The Court issued this Summons.

2. You must respond to this lawsuit in writing. You must file your written response with the Court no later than thirty (30) days from the date you are served with this Summons. (The date you are considered served with the Summons is determined by Rule 1-004 NMRA) The Court's address is listed above.

3. You must file (in person or by mail) your written response with the Court. When you file your response, you must give or mail a copy to the person who signed the lawsuit.

4. If you do not respond in writing, the Court may enter judgment against you as requested in the lawsuit.

5. You are entitled to a jury trial in most types of lawsuits. To ask for a jury trial, you must request one in writing and pay a jury fee.

6. If you need an interpreter, you must ask for one in writing.

7. You may wish to consult a lawyer. You may contact the State Bar of New Mexico for help finding a lawyer at www.nmbar.org; 1-800-876-6227; or 1-505-797-6066.

*John P. Valdez*

JOHN P. VALDEZ
DAVIE & VALDEZ P.C.
1801 N. Stanton
El Paso, Texas 79902
(915) 838-1100
State Bar No. 27116
john@dvmlawyers.com

JAMES B. KENNEDY, JR.
JAMES KENNEDY, PLLC
6216 Gateway Blvd. East
El Paso, Texas 79905
(915) 544-5200
State Bar No. 8280
james@kennedyworksforyou.com

WITNESS the Honorable ____Arrieta, Manuel I.____, District Judge of the Third Judicial District Court of the State of New Mexico, and the seal of the District Court of Dona Ana County, this __12th__ day of ____Nov____, 2020.

David S. Borunda
Clerk

By  /s/ Josephina Gomez
Deputy



THIS SUMMONS IS ISSUED PURSUANT TO RULE 1-004 NMRA OF THE NEW MEXICO RULES OF CIVIL PROCEDURE FOR DISTRICT COURTS.

### RETURN[1]

STATE OF NEW MEXICO  )
                                          )ss
COUNTY OF Dona Ana  )

I, being duly sworn, on oath, state that I am over the age of eighteen (18) years and not a party to this lawsuit, and that I served this summons in Dona Ana county on the 30th day of November, 2020, by delivering a copy of this summons, with a copy of complaint attached, in the following manner:

**(check one box and fill in appropriate blanks)**

[ ]     to the defendant _____ (*used when defendant accepts a copy of summons and complaint or refuses to accept the summons and complaint*)

[ ]     to the defendant by [mail] [courier service] as provided by Rule 1-004 NMRA (*used when service is by mail or commercial courier service*).

After attempting to serve the summons and complaint on the defendant by personal service or by mail or commercial courier service, by delivering a copy of this summons, with a copy of complaint attached, in the following manner:

[ ]     to _____, a person over fifteen (15) years of age and residing at the usual place of abode of defendant _____, (*used when the defendant is not presently at place of abode*) and by mailing by first class mail to the defendant at _____ (*insert defendant's last known mailing address*) a copy of the summons and complaint.

[ ]     to _____, the person apparently in charge at the actual place of business or employment of the defendant and by mailing by first class mail to the defendant at _____ (*insert defendant's business address*) and by mailing the summons and complaint by first class mail to the defendant at _____ (*insert defendant's last known mailing address*).

[ ]     to Emmitt _____, an agent authorized to receive service of process for defendant Country crest Properties _____.

[ ]     to _____, [parent] [guardian] [custodian] [conservator] [guardian ad litem] of defendant _____ (*used when defendant is a minor or an incompetent person*).

[ ]   to _____ (*name of person*), _____,
(*title of person authorized to receive service. Use this alternative when the defendant is a corporation or an association subject to a suit under a common name, a land grant board of trustees, the State of New Mexico or any political subdivision*).

Fees: _____

_____
Signature of person making service

PROCESS SERVER
_____
Title (*if any*)

Subscribed and sworn to before me this  30  day of  Nov  ,  2020

_____
Judge, notary or other officer
authorized to administer oaths

Notary
_____
Official title

LILLIAN C. PAYAN
My Notary ID # 10192886
Expires October 29, 2022

## USE NOTE

1.      Unless otherwise ordered by the court, this return is not to be filed with the court prior to service of the summons and complaint on the defendant.

2.      If service is made by the sheriff or a deputy sheriff of a New Mexico county, the signature of the sheriff or deputy sheriff need not be notarized. [Adopted effective August 1, 1988; as amended by Supreme Court Order No. 05-8300-001, effective March 1, 2005; by Supreme Court Order No. 07-8300-016, effective August 1, 2007; as amended by Supreme Court Order No. 12-8300-026, effective for all cases filed or pending on or after January 7, 2013; as amended by Supreme Court Order No. 13-8300-022, effective for all cases pending or filed on or after December 31, 2013.]

FILED
3rd JUDICIAL DISTRICT COURT
Dona Ana County
12/1/2020 10:42 AM
DAVID S. BORUNDA
CLERK OF THE COURT
Gloria Lerma

STATE OF NEW MEXICO
THIRD JUDICIAL DISTRICT COURT
DONA ANA COUNTY, NEW MEXICO

ADRIAN EDGAR ALVARADO,                      §
                                            §
        PLAINTIFF,                          §
                                            §
VS.                                         §      CAUSE NO.: ___D-307-CV-2020-02386___
                                            §
COUNTRYCREST PROPERTIES AND,                §
PINNACLE MANAGEMENT GROUP, LLC,             §
                                            §
                                            §
        DEFENDANTS.                         §

## SUMMONS
## STATE OF NEW MEXICO

Third Judicial District Court of Dona Ana County, New Mexico
201 W. Picacho Ave., Las Cruces, NM 88005
(575) 437-7310

To:   PINNACLE MANAGEMENT GROUP, LLC, through its registered agent, Alan M. Chastine,
1804 Wyoming, Las Cruces, NM 88001.

**GREETINGS:**

**TO THE ABOVE NAMED DEFENDANT(S):** Take notice that:

1. A lawsuit has been filed against you. A copy of the lawsuit is attached. The Court issued this
Summons.
2. You must respond to this lawsuit in writing. You must file your written response with the
Court no later than thirty (30) days from the date you are served with this Summons. (The date
you are considered served with the Summons is determined by Rule 1-004 NMRA) The Court's
address is listed above.
3. You must file (in person or by mail) your written response with the Court. When you file your
response, you must give or mail a copy to the person who signed the lawsuit.

4. If you do not respond in writing, the Court may enter judgment against you as requested in the lawsuit.

5. You are entitled to a jury trial in most types of lawsuits. To ask for a jury trial, you must request one in writing and pay a jury fee.

6. If you need an interpreter, you must ask for one in writing.

7. You may wish to consult a lawyer. You may contact the State Bar of New Mexico for help finding a lawyer at www.nmbar.org; 1-800-876-6227; or 1-505-797-6066.

*John P. Valdez*

JOHN P. VALDEZ
DAVIE & VALDEZ P.C.
1801 N. Stanton
El Paso, Texas 79902
(915) 838-1100
State Bar No. 27116
john@dvmlawyers.com

JAMES B. KENNEDY, JR.
JAMES KENNEDY, PLLC
6216 Gateway Blvd. East
El Paso, Texas 79905
(915) 544-5200
State Bar No. 8280
james@kennedyworksforyou.com

WITNESS the Honorable ___Arrieta, Manuel I._____, District Judge of the Third Judicial District Court of the State of New Mexico, and the seal of the District Court of Dona Ana County, this 12th day of ___November_, 2020.



David S. Borunda
_____
Clerk

By ___/s/ Josephina Gomez_____
Deputy

THIS SUMMONS IS ISSUED PURSUANT TO RULE 1-004 NMRA OF THE NEW MEXICO RULES OF CIVIL PROCEDURE FOR DISTRICT COURTS.

### RETURN[1]

STATE OF NEW MEXICO )
                                          )ss
COUNTY OF Dona Ana )

I, being duly sworn, on oath, state that I am over the age of eighteen (18) years and not a party to this lawsuit, and that I served this summons in Dona Ana county on the 30th day of November, 2020, by delivering a copy of this summons, with a copy of complaint attached, in the following manner:

**(check one box and fill in appropriate blanks)**

[ ]    to  the  defendant _____ (*used when defendant accepts a copy of summons and complaint or refuses to accept the summons and complaint*)

[ ]    to the defendant by [mail] [courier service] as provided by Rule 1-004 NMRA (*used when service is by mail or commercial courier service*).

After attempting to serve the summons and complaint on the defendant by personal service or by mail or commercial courier service, by delivering a copy of this summons, with a copy of complaint attached, in the following manner:

[ ]    to _____, a person over fifteen (15) years of age and residing at the usual place of abode of defendant _____, (*used when the defendant is not presently at place of abode*) and by mailing by first class mail to the defendant at _____ (*insert defendant's last known mailing address*) a copy of the summons and complaint.

[ ]    to _____, the person apparently in charge at the actual place of business or employment of the defendant and by mailing by first class mail to the defendant at _____ (*insert defendant's business address*) and by mailing the summons and complaint by first class mail to the defendant at _____ (*insert defendant's last known mailing address*).

[✓]    to  Emmitt _____, an agent authorized to receive service of process for defendant PINNACLE MANAGEMENT GROUP, LLC

[ ]    to _____, [parent] [guardian] [custodian] [conservator] [guardian ad litem] of defendant _____ (*used when defendant is a minor or an incompetent person*).

[ ]    to _____ (name of person), _____,
(title of person authorized to receive service.  Use this alternative when the defendant is a
corporation or an association subject to a suit under a common name, a land grant board of
trustees, the State of New Mexico or any political subdivision).

Fees: _____

_____
Signature of person making service

PROCESS SERVER
_____
Title (if any)

Subscribed and sworn to before me this 30th day of Nov , 2020

_____
Judge, notary or other officer
authorized to administer oaths

Notary
_____
Official title

LILLIAN C. PAVAN
My Notary ID # 10192686
Expires October 23, 2022

## USE NOTE

1.     Unless otherwise ordered by the court, this return is not to be filed with the court
prior to service of the summons and complaint on the defendant.
2.     If service is made by the sheriff or a deputy sheriff of a New Mexico county, the
signature of the sheriff or deputy sheriff need not be notarized.
[Adopted effective August 1, 1988; as amended by Supreme Court Order No. 05-8300-001,
effective March 1, 2005; by Supreme Court Order No. 07-8300-016, effective August 1, 2007; as
amended by Supreme Court Order No. 12-8300-026, effective for all cases filed or pending on or
after January 7, 2013; as amended by Supreme Court Order No. 13-8300-022, effective for all
cases pending or filed on or after December 31, 2013.]

STATE OF NEW MEXICO
THIRD JUDICIAL DISTRICT COURT
DONA ANA COUNTY, NEW MEXICO

FILED
3rd JUDICIAL DISTRICT COURT
Dona Ana County
12/21/2020 1:40 PM
DAVID S. BORUNDA
CLERK OF THE COURT
Ashley Barreras

ADRIAN EDGAR ALVARADO,                  §
                                        §
        PLAINTIFF,                      §
                                        §
VS.                                     §    CAUSE NO.: D-307-CV-2020-02386
                                        §    JUDGE MANUEL I. ARRIETA
LQ 1555, LLC,                           §
                                        §
                                        §
                                        §
        DEFENDANT.                      §

**SUMMONS**
**STATE OF NEW MEXICO**

Third Judicial District Court of Dona Ana County, New Mexico
201 W. Picacho Ave., Las Cruces, NM 88005
(575) 437-7310

To:    **LQ 1555 LLC,** through its registered agent, NM Asset Services, LLC, 223 N. Guadalupe #229, Santa Fe, NM 87501.

**GREETINGS:**

**TO THE ABOVE NAMED DEFENDANT(S):** Take notice that:

1. A lawsuit has been filed against you. A copy of the lawsuit is attached. The Court issued this Summons.
2. You must respond to this lawsuit in writing. You must file your written response with the Court no later than thirty (30) days from the date you are served with this Summons. (The date you are considered served with the Summons is determined by Rule 1-004 NMRA) The Court's address is listed above.
3. You must file (in person or by mail) your written response with the Court. When you file your response, you must give or mail a copy to the person who signed the lawsuit.

JA

4. If you do not respond in writing, the Court may enter judgment against you as requested in the lawsuit.

5. You are entitled to a jury trial in most types of lawsuits. To ask for a jury trial, you must request one in writing and pay a jury fee.

6. If you need an interpreter, you must ask for one in writing.

7. You may wish to consult a lawyer. You may contact the State Bar of New Mexico for help finding a lawyer at www.nmbar.org; 1-800-876-6227; or 1-505-797-6066.

*Roger C. Davie*
_____
**ROGER C. DAVIE**
**JOHN P. VALDEZ**
**DAVIE & VALDEZ P.C.**
1801 N. Stanton
El Paso, Texas 79902
(915) 838-1100
State Bar No. 3754
State Bar No. 27116
roger@davievaldez.com
john@davievaldez.com

_____
**JAMES B. KENNEDY, JR.**
**JAMES KENNEDY, PLLC**
6216 Gateway Blvd. East
El Paso, Texas 79905
(915) 544-5200
State Bar No. 8280
james@kennedyworksforyou.com

WITNESS the Honorable ___Arrieta, Manuel I.___, District Judge of the Third Judicial District Court of the State of New Mexico, and the seal of the District Court of Dona Ana County, this __77h__ day of ___Dec___, 2020.

Davis S. Borunda
_____
Clerk

By __/s/ Josephina Gomez__
_____
Deputy



THIS SUMMONS IS ISSUED PURSUANT TO RULE 1-004 NMRA OF THE NEW MEXICO RULES OF CIVIL PROCEDURE FOR DISTRICT COURTS.

## RETURN[1]

STATE OF NEW MEXICO )
                       )ss
COUNTY OF DONA ANA )

I, being duly sworn, on oath, state that I am over the age of eighteen (18) years and not a party to this lawsuit, and that I served this summons in SANTA FE _____ county on the 16TH day of DECEMBER ____, 2020, by delivering a copy of this summons, with a copy of complaint attached, in the following manner:

**(check one box and fill in appropriate blanks)**

[ ]     to the defendant _____ (*used when defendant accepts a copy of summons and complaint or refuses to accept the summons and complaint*)

[✓]     to the defendant by (mail) [courier service] as provided by Rule 1-004 NMRA (*used when service is by mail or commercial courier service*).

After attempting to serve the summons and complaint on the defendant by personal service or by mail or commercial courier service, by delivering a copy of this summons, with a copy of complaint attached, in the following manner:

[ ]     to _____, a person over fifteen (15) years of age and residing at the usual place of abode of defendant _____, (*used when the defendant is not presently at place of abode*) and by mailing by first class mail to the defendant at _____ (*insert defendant's last known mailing address*) a copy of the summons and complaint.

[ ]     to _____, the person apparently in charge at the actual place of business or employment of the defendant and by mailing by first class mail to the defendant at _____ (*insert defendant's business address*) and by mailing the summons and complaint by first class mail to the defendant at _____ (*insert defendant's last known mailing address*).

[ ]     to _____, an agent authorized to receive service of process for defendant _____.

[ ]     to _____, [parent] [guardian] [custodian] [conservator] [guardian ad litem] of defendant _____ (*used when defendant is a minor or an incompetent person*).

[ ]   to _____ (name of person), _____,
(title of person authorized to receive service.  Use this alternative when the defendant is a corporation or an association subject to a suit under a common name, a land grant board of trustees, the State of New Mexico or any political subdivision).

Fees: _____

_____
Signature of person making service
PROCESS SERVER
Title (if any)

Subscribed and sworn to before me this 19th day of Dec, 2020

_____
Judge, notary or other officer
authorized to administer oaths

Notary
Official title

LILLIAN C. PAYAN
My Notary ID # 40190388
Expires October 23, 2022

## USE NOTE

1.   Unless otherwise ordered by the court, this return is not to be filed with the court prior to service of the summons and complaint on the defendant.

2.   If service is made by the sheriff or a deputy sheriff of a New Mexico county, the signature of the sheriff or deputy sheriff need not be notarized.

[Adopted effective August 1, 1988; as amended by Supreme Court Order No. 05-8300-001, effective March 1, 2005; by Supreme Court Order No. 07-8300-016, effective August 1, 2007; as amended by Supreme Court Order No. 12-8300-026, effective for all cases filed or pending on or after January 7, 2013; as amended by Supreme Court Order No. 13-8300-022, effective for all cases pending or filed on or after December 31, 2013.]

**SENDER: COMPLETE THIS SECTION**

- ☒ Complete items 1, 2, and 3.
- ☒ Print your name and address on the reverse so that we can return the card to you.
- ☒ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

LQ 1555, LLC
ATTN: NM Asset Services, LLC
223 N. Guadalupe #229
Santa Fe, New Mexico 87501

9590 9402 6192 0220 0567 26

2. Article Number (Transfer from service label)

7016 0910 0001 0996 6212

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X ☐ Agent ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery
C-087/C19   12/10/2020

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

R.C. DAVIE : D-307-CV-2020-02346

3. Service Type
- ☐ Adult Signature
- ☐ Adult Signature Restricted Delivery
- ☒ Certified Mail®
- ☐ Certified Mail Restricted Delivery
- ☐ Collect on Delivery
- ☐ Collect on Delivery Restricted Delivery
- ☐ Insured Mail
- ☐ Insured Mail Restricted Delivery (over $500)
- ☐ Priority Mail Express®
- ☐ Registered Mail™
- ☐ Registered Mail Restricted Delivery
- ☐ Signature Confirmation™
- ☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2020 PSN 7530-02-000-9053     Domestic Return Receipt

---

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
Domestic Mail Only

For delivery information, visit our website at www.usps.com®.

Santa Fe, NM 87501   OFFICIAL USE

Certified Mail Fee  $3.55
$
Extra Services & Fees (check box, add fee as appropriate)   0097 6
☐ Return Receipt (hardcopy)        $ ____
☐ Return Receipt (electronic)      $ $0.00      Postmark
☐ Certified Mail Restricted Delivery $ $0.00     Here
☐ Adult Signature Required         $ $0.00
☐ Adult Signature Restricted Delivery $ $0.00
Postage  $1.20
$
Total Postage and Fees  $7.60     12/14/2020
$
Sent To  LQ 1555, LLC / NM Asset Services, LLC
Street and Apt. No., or PO Box No.  223 N. Guadalupe #229
City, State, ZIP+4®  SANTA FE, NEW MEXICO 87501

7016 0910 0001 0996 6212

FILED
3rd JUDICIAL DISTRICT COURT
Dona Ana County
12/21/2020 1:40 PM
DAVID S. BORUNDA
CLERK OF THE COURT
Ashley Barreras

STATE OF NEW MEXICO
THIRD JUDICIAL DISTRICT COURT
COUNTY OF DONA ANA, NEW MEXICO

ADRIAN EDGAR ALVARADO,                 §
                                       §
                                       §
                                       §
        PLAINTIFF,                     §
                                       §
VS.                                    §   CAUSE NO.: D-307-CV-2020-02386
                                       §   THE HONORABLE MANUEL I. ARRIETA
LQ 1555, LLC,                          §
                                       §
                                       §
                                       §
        DEFENDANT.                     §

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the 16th day of December, 2020, Plaintiff's Amended Original Complaint and a copy of the Summons were served upon Defendant LQ 1555, LLC.

Respectfully submitted,

DAVIE & VALDEZ P.C.
1801 N. Stanton
El Paso, Texas 79902
(915) 838-1100

*Roger C. Davie*

ROGER C. DAVIE
State Bar No.: 3754
roger@davievaldez.com
JOHN P. VALDEZ
State Bar No.: 27116
roger@davievaldez.com

**JAMES KENNEDY, PLLC**
6216 Gateway Blvd. East
El Paso, Texas 79905
(915) 544-5200

**JAMES B. KENNEDY, JR.**
State Bar No.: 8280
james@kennedyworksforyou.com

### CERTIFICATE OF SERVICE

I, John P. Valdez, do hereby certify that on this 21th day of December 2020, I electronically transmitted the foregoing document to the Clerk of Court using the ECF system of filing, which will transmit a Notice of Electronic Filing to all counsel of record.

*Roger C. Davie*

**ROGER C. DAVIE**