# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF NEW MEXICO

**ADRIAN EDGAR ALVARADO,**

    **Plaintiff,**

**v.**                                                                  **No. 21-cv-0039 MIS/SMV**

**LQ 1555 LLC,**

    **Defendant.**

## ORDER SETTING TELEPHONIC STATUS CONFERENCE

**Date and time**:    November 24, 2021, at 9:30 a.m. MST

**Matter to be heard**:  Status Conference

A telephonic status conference is hereby set for **November 24, 2021, at 9:30 a.m. MST**. Counsel must call the Court's AT&T Conference Line, **(888) 363-4734 (access code: 4382538)**, to connect to the proceedings. Parties shall be prepared to discuss the status of discovery and whether to schedule a settlement conference. Counsel are reminded to have their calendars available for the hearing, as well as the calendar of any other person whose presence will be required at the settlement conference.

    **IT IS SO ORDERED.**

 

                                        _____
                                        **STEPHAN M. VIDMAR**
                                        **United States Magistrate Judge**