**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF NEW MEXICO**

ADRIAN EDGAR ALVARADO,

    Plaintiff,

v.                                                      No. 21-cv-0039 MIS/SMV

LQ 1555 LLC,

    Defendant.

**ORDER TO FILE CLOSING DOCUMENTS**

Counsel for Defendant notified the Court by telephone on January 18, 2022, that a settlement has been reached in this matter.

**IT IS THEREFORE ORDERED** that closing documents be filed no later than **February 18, 2022**, absent a request for an extension and a showing of good cause.

**IT IS SO ORDERED.**

_____
**STEPHAN M. VIDMAR**
**United States Magistrate Judge**